**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM CANTRELL, an individual,
DOUGLAS HEMBREE, an individual,
ARMANDO MORENO, an individual,
JOSEPH AVILA, an individual, JEFFREY
HILL, an individual, KRISTIAN PALMA,
an individual, ALEX CANE, an individual,

    Plaintiffs,

  v.

CITY OF RICHMOND, a Municipal
Corporation, and DOES 1 through 10,
inclusive,

    Defendants.
                         /

No. C 12-00600 WHA

**ORDER RE PENDING SETTLEMENT**

      The Court acknowledges and thanks defendant for its notice re pending settlement in the captioned matter but cautions the parties that all deadlines apply until a dismissal is filed.

      **IT IS SO ORDERED.**

Dated: December 21, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE