United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CANTRELL, an individual, DOUGLAS HEMBREE, an individual, ARMANDO MORENO, an individual, JOSEPH AVILA, an individual, JEFFREY HILL, an individual, KRISTIAN PALMA, an individual, ALEX CANE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, a Municipal Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C 12-00600 WHA<br><br>**ORDER RE PENDING SETTLEMENT** |

The Court acknowledges and thanks defendant for its notice re pending settlement in the captioned matter but cautions the parties that all deadlines apply until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: December 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE